**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 10-660-2--PHX-DGC |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| George Calvin Windley, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Defendant has filed a motion to unseal 289 items on Clerk's docket for purposes of appeal. Doc. 508. The motion asks that the Court's staff provide copies of the docket filings to appellate counsel. A review of the docket reflects, however, that many of the identified docket items relate to defendants other than George Calvin Windley. It appears that appellate counsel has asked the Court to provide copies of every sealed item in the docket.

This request is overly broad and would impose an undue burden on the Court's staff. Defendant's motion is denied without prejudice to re-filing of a motion that focuses on docket entries truly relevant to Mr. Windley's appeal.

DATED this 5th day of September, 2013.

David G. Campbell
United States District Judge